**Wayne Douglas LENEAU,
Plaintiff—Appellant,**

v.

**J. Benjamin APLIN, South Carolina Department of Probation, Parole, and Pardon Services, Defendant—Appellee.**

No. 09–7237.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 27, 2009.

Wayne Douglas Leneau, Appellant Pro Se.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Douglas Leneau appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Leneau v. Aplin,* No. 4:09–cv–00932–CMC, 2009 WL 1749430 (D.S.C. June 22, 2009). Further, we deny Leneau's motion for transcripts and copies at Government ex-

pense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*